

**FILED**

**NOV 03 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIK KNUTSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SIRIUS XM RADIO INC.,<br><br>        Defendant - Appellee. | No. 12-56120<br><br>D.C. No. 3:12-cv-00418-AJB-NLS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PREGERSON, MURPHY\*, and BERZON, Circuit Judges.

    Appellant Erik Knutson's motion to take judicial notice dated November 26, 2012, is GRANTED.

---

    \*    The Honorable Michael R. Murphy, Senior Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.