

FILED

DEC 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIK KNUTSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SIRIUS XM RADIO INC.,<br><br>        Defendant - Appellee. | No. 12-56120<br><br>D.C. No. 3:12-cv-00418-AJB-NLS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PREGERSON, MURPHY[*], and BERZON, Circuit Judges.

    The panel has voted to deny the petition for rehearing. Judges Pregerson and Berzon have voted to deny the petition for rehearing en banc.

    The full court was advised of the petition for rehearing en banc. No judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

    The petitions for rehearing and rehearing en banc are DENIED. No further petitions will be entertained.

---

    [*]    The Honorable Michael R. Murphy, Senior Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.