**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Erik Knutson

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK KNUTSON, individually and on behalf of all other similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SIRIUS XM RADIO INC.,**<br><br>Defendant. | Case No.: 12-cv-00418-AJB-NLS<br><br>**REPLY TO MOTION TO APPOINT INTERIM CO-LEAD COUNSEL**<br><br>**DATE**: April 2, 2015<br>**TIME**: 2:00 P.M.<br>**COURTROOM**: 3B<br><br>**HON. ANTHONY J. BATTAGLIA** |

For the reasons explained in Plaintiff's Motion (Dkt. No. 24) and at the hearing held on February 12, 2015, Plaintiff respectfully requests that attorneys Abbas Kazerounian and Joshua B. Swigart be appointed interim co-lead counsel in the matters of *Knutson v. Sirius XM Radio, Inc.*; 3:12-cv-00418-AJB-NLS (S.D. Cal.) and *Trenz v. Sirius XM*, 15-cv-0044L-BLM (S.D. Cal Jan. 8, 2015). Therefore, Plaintiff withdraws the request for appointment of interim co-lead counsel in the matter of *Hooker v. Sirius Xm Radio, Inc.*, 13-cv-00003-AWA–LRL (E.D. VA Jan. 4, 2013) only.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: February 25, 2015

By:/s/ Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF