Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiff,*
Erik Knutson

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK KNUTSON, Individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SIRIUS XM RADIO, INC.,**<br><br>Defendant. | Case No.: 3:12-cv-00418-AJB-DHB<br><br>**NOTICE OF PENDING CLASS ACTION SETTLEMENT** |

NOTICE IS HEREBY GIVEN that a national class action settlement has been reached in one of the pending class action cases against Sirius XM Radio, Inc., which will have the effect of resolving this matter in its entirety. After attending a two day mediation, a memorandum of understanding has been executed by all Plaintiffs involved in any related class actions. The parties intend on proceeding with the preliminary approval process in the Virginia action, *Hooker v. Sirius XM Radio, Inc.*, 13-cv-00003-AWA-LRL (E.D. Va). The parties anticipate filing a motion for preliminary approval within sixty (60) days in the *Hooker* matter. Plaintiff requests the Court in this matter set a status conference sixty (60) to ninety (90) days out so Plaintiff's counsel may apprise the court as to the status of settlement approval.

Respectfully submitted,

Date: April 11, 2016                                  **HYDE & SWIGART**

                                                      By:  s/ Joshua B. Swigart
                                                           Joshua B. Swigart
                                                           Attorneys for Plaintiff