1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ERIK KNUTSON,
*individually and on behalf of
others similarly situated,*

　　　　*Plaintiff,*

　　　　*v.*

SIRIUS XM RADIO INC.,

　　　　*Defendant.*

Case No. 3:12-cv-0418-AJB-DHB

**ORDER GRANTING JOINT
MOTION TO DISMISS**

　　　The Court has considered the parties' Joint Motion of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and has decided that the motion should be and hereby is GRANTED.

　　　It is therefore ORDERED that the above-captioned action is dismissed with prejudice, each side to bear its own costs.

　　　IT IS SO ORDERED.

Dated:  February 3, 2017

Hon. Anthony J. Battaglia
United States District Judge

Case No. 12-cv-0418-AJB-DHB

ORDER GRANTING JOINT MOTION TO DISMISS